UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2017 JUN 26 PM 12:09
S.D. OF N.Y.

Omar Minus

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

Jury Trial: ☑ Yes ☐ No
(check one)

**17CV 4827**

EDWARD HOWARD, ANTHONY BOMBOLINO, JASON MILLER, NAHAL BATMANGHELIDJ, NEW YORK CITY POLICE DEPARTMENT, NEW YORK COUNTY DISTRICT ATTORNEY

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name OMAR MINUS
ID # 15R2360
Current Institution LINCOLN CORRECTIONAL
Address 31-33 WEST 110TH ST.
NEW YORK, N.Y. 10026

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Edward Howard Shield # 3695
Where Currently Employed N.Y.C. Police Department
Address One Police Plaza, New York, N.Y.

Defendant No. 2 Name Anthony Bombolino Shield # 1314
Where Currently Employed N.Y.C. Police Dept.
Address One Police Plaza, New York, N.Y.

Defendant No. 3 Name Jason Miller Shield # 2120
Where Currently Employed N.Y.C. Police Department
Address One Police Plaza, New York, N.Y.

Defendant No. 4 Name Nahal Batmanghelidj Shield # ______
Where Currently Employed New York County District Attorney
Address One Hogan Place, New York, N.Y.

Defendant No. 5 Name New York City Police Dept Shield # ______
Where Currently Employed N.Y.C. Police Department
Address One Police Plaza, New York, N.Y.

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

No institution, During the arrest and the due process of Law, win appeal.

B. Where in the institution did the events giving rise to your claim(s) occur?

No institution, these events occurred on the street of my arrest, Denied Medical treatment, Perjury, and was Vacated

C. What date and approximate time did the events giving rise to your claim(s) occur?

the arrest Date: 13th day of August, 2011; 7am. Grand Jury Dated: 8/18/2011: Jury Trial, Appeal Granted March 10, 2015, Verdict Vacated September 8, 2016

Rev. 05/2010

Continue...

1. Parties in this complaint.

B.

Defendant No. 6

Name: New York County District Attorney

Address:

One Hogan Place, New York, N.Y. 10013

D. Facts: Jason Miller issued an arrest for an drug transaction lack of tangible property. Edward Howard applied an chokehold during arrest. At the arrest Omar Minus was denied Medical treatment, ... until 7hours. Omar Minus visit Bellivue Hospital for treatment of choke hold, swollen neck throat, eye exam, scrape ellbows and knees. Anthony Bombolino sweared falsely during Grand Jury, Pre-trial Hearings, arrest reports and Jury Trial by stating he was the one who recovered two(2) bags of crack-cocaine from the ground. Edward Howard sweared falsely during the Grand Jury stating Omar Minus went to the hospital for swallowing large amounts of drugs. During the case peperation ADA. Nahal Batmanghelidj was aware Det. Howard perjuried himself during a private investigations conducted by the A.D.A and Grand jury, in which caused the too vote illegally against the Plaintiff.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The plaintiff sustained swollen neck, throat, Scrapped knees, elbows and face from an choke hold applied by Det. Edward Howard. Also, an tetanus shot in the right shoulder.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ✓

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve?

2. What was the result, if any?

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: The grievance is not available to arrest prisoners, the reason there is No grievance procedure for arrested persons.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, Informed an Police Captain which came to Bellivue Hospital

when and how, and their response, if any: Around back August 13th, 2011 the Captain did an quick interview on what happen, I told the captain that Det. Howard choked me.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Omar Mines was confined to an 3year term for an conviction with the lack of evidence which the appellate court Dismissed and Vacated September 8th, 2016 case # 2011NY05720; inmate 12R0135; I also filed an 1983 claim # 12CV9464 which was dismissed. Finally, I appealed the United States Court of Appeals. # 15-1212 in which was dismissed for the said Plaintiff's poor tactical choice. I would like the New York City Police Dept. including all Detectives mentioned to be fully responsible for their actions, all officers arrested. The New York County D.A. responsible and ADA involved arrested. I want compensation of $ 17,000,000.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of June, 2017

Signature of Plaintiff: Omar Nunes
Inmate Number: 15R2360
Institution Address: Lincoln Correctional, 31-33 W. 110th st., New York, N.Y. 10026

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26 day of June, 2017 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Omar Nunes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omar Minus

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

____ Civ. ______ (___)(___)

- against -

EDWARD HOWARD, ANTHONY BOMBOLINO, JASON MILLER NAHAL BATMANGHELIDJ, N.Y.S. POLICE DEPT., N.Y. COUNTY DISTRICT ATTORNEY

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

I, OMAR MINUS (name), declare under penalty of perjury that I have served a copy of the attached Request to Proceed INFORMA PAUPERIS, Civil Rights Act, 42 U.S.C. § 1983 complaint (document you are serving) upon Pro Se Office (name of person served) whose address is 500 Pearl St., R.M. 230, New York, N.Y. 10007 (where you served document) by Person (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: New York (town/city), N.Y. (state)
June (month) 26 (day), 2017 (year)

Omar Minus
Signature

Lincoln Correctional 31-33 W. 110th St.
Address

New York, N.Y.
City, State

10026
Zip Code

212-860-9400
Telephone Number

**Cycle 17**

## Arrest/Charge Information

Arrest Date: August 13, 2011 07:10 am (07:10:00)

| | |
|---|---|
| **Name:** | OMAR J MINUS |
| **Date of Birth:** | March 20, 1976 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 00" |
| **Weight:** | 220 |
| **Age at time of crime/arrest:** | 35 |
| **Address:** | 1564 WHITE PLAINS, BRONX, NY |
| **Fax Number:** | M43515 |
| **Place of Arrest:** | NYCPD 6 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | August 13, 2011 |
| **Place of Crime:** | New York County, NY |
| **Criminal Justice Tracking No.:** | 64986721M |
| **Arresting Agency:** | NYCPD PCT 006 |
| **Arresting Officer ID:** | 931829 |
| **Arrest Number:** | M11671407 |
| **Arraignment:** | New York County Criminal Court |

**Arrest Charges:**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony Degree 3 NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Class B Felony Degree 3 NCIC 3599

-- Tampering With Physical Evidence:Producing False Evidence
PL 215.40 Sub 01 Class E Felony Degree 0 NCIC 4802

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class A Misdemeanor Degree 7 NCIC 3599

-- Resisting Arrest
PL 205.30 Class A Misdemeanor Degree 0 NCIC 4801

## Court Case Information

--**Court:** New York County Criminal Court **Case Number:** 2011NY059720

August 14, 2011
**Initial Report Of Docket Number**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class A Misdemeanor NCIC 3599

-- Resisting Arrest
PL 205.30 Class A Misdemeanor NCIC 4801

August 18, 2011
**Transferred To Superior Court**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class A Misdemeanor NCIC 3599

-- Resisting Arrest
PL 205.30 Class A Misdemeanor NCIC 4801

--Court: New York County Supreme Court **Case Number:** 04090-2011

September 14, 2011
**Initial Report Of Indictment Number**

September 14, 2011
**Arraigned**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

December 16, 2011
**Convicted Upon Verdict After Jury Trial On Unspecified Charges, Sentence Pending** - Conviction Date: December 16, 2011

September 08, 2016
**Dismissed**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

September 08, 2016
**Plea/Verdict Vacated**

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

**Incarceration Admission Information**

**Admission Date:** January 13, 2012

**Admission Reason:** New Commitment
**Agency:** NYS DOCCS Ulster Correctional Facility
**State Inmate ID No.:** 12R0135
**Sentence to:** Term: 3 Year(s);
**Max Expiration Date:** August 09, 2014
**Conditional Release Date** August 09, 2014
**Inmate Name:** OMAR MINUS
**Sex:** Male
**Admission Charges:**

-- Criminal Possession Controlled Substance-3rd Degree
PL 220.16 Class B Felony Degree 3 NCIC 3599

**Incarceration Release Information**

**Release Date:** September 27, 2013
**Release Reason:** Merit Determinate to Parole
**Agency:** NYS DOCCS Wallkill Correctional Facility
**Name:** OMAR MINUS
**Inmate ID Number:** 12R0135

**Parole Release Information**

**Received by Parole on:** September 27, 2013
**Release Type:** Initial Release to Parole
**Max Expiration Date:** September 27, 2016
**Supervision Office:** Bronx IV
**Parole ID Number:** 12R0135
**Name:** RECORD MODIFIED

**Parole Discharge Information**

**Discharged from Parole on:** March 10, 2015
**Discharge Type:** Court Order
**Parole ID Number:** 12R0135
**Name:** RECORD MODIFIED

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

NO FEE

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 06/28/2013

CERTIFICATE OF DISPOSITION NUMBER: 33756

PEOPLE OF THE STATE OF NEW YORK
VS.

MINUS, OMAR J

DEFENDANT

CASE NUMBER: 04090-2011
LOWER COURT NUMBER(S):
DATE OF ARREST: 08/13/2011
ARREST #: M11671407
DATE OF BIRTH: 03/20/1976
DATE FILED: 08/24/2011

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 12/16/2011 THE ABOVE NAMED DEFENDANT WAS CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE MULLEN,C THEN A JUSTICE OF THIS COURT.

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 3rd DEGREE PL 220.16 01 BF (COCAINE)

THAT ON 01/04/2012, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE MULLEN,C THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT TO

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 3rd DEGREE PL 220.16 01 BF (COCAINE)
IMPRISONMENT = 3 YEAR(S)
LICENSE SUSPENDED = 6 MONTH(S)
POST-RELEASE PAROLE SUPERVISION = 3 YEAR(S)

CVAF = $25 (NOT PAID)
DNA = $50 (PAID)
SURCHARGE = $300 (NOT PAID)

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 06/28/2013.

COURT CLERK

# BELLEVUE HOSPITAL CENTER
## EMERGENCY SERVICE

HW

TRIAGE ASSESSMENT

DATE: M.R.# 3457071 000 M
NAME: ONAR 0225-3457071-3 14:08 03/20/1976 08/13/2011
D.O.B.: ☒ M ☐ F

ARRIVED BY: ☐ Car ☐ Foot ☐ Taxi ☐ Public Transport ☐ Other ☐ Ambulance ☐ Police - PCT #

TRIAGE CLASSIFICATION: ☐ I ☐ II ☐ III ☒ IV ☐ V

☐ AES I Room ☐ AES II ☐ OB ☐ Isolation ☐ PES Room ☐ CPEP ☐ 19W

Primary Care MD AT BELLEVUE ☐ YES / ☒ ELSEWHERE

D.V. ☐ YES ☒ NO S.W. ☐ YES ☐ NO

Patient Statement / Assessment: medical clearance; wrist pain, (B) wrist abrasion; knee pain BL; c/o LBP

PAIN SCALE: 0 1 2 3 4 5 6 7 8 9 10

Preferred Language: E

Past Medical History: Denies

Medications: Denies

Last Tetanus: 2 years ago

ALLERGIES: Denies

For Patients ≤ 18 Years of Age

Immunizations ☐ Up to date by card ☐ Delayed by card ☐ Up to date by history ☐ Delayed by history ☐ Unknown

Last tetanus ____ MMR #1 ____ MMR #2 ____ Last PPD ____

Weight ____ kg Note time if: patient seen @ ____ by MD in triage/waiting room

RN Signature [signature] Time 1408

| TIME | 1405 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP | 136/92 | | | | | | | | | | | | |
| HR | 94 | | | | | | | | | | | | |
| RR | 18 | | | | | | | | | | | | |
| Temp | 97.2 | | | | | | | | | | | | |
| SaO2 | 100% | | | | | | | | | | | | |
| FS | \| | | | | | | | | | | | | |
| PEF | \| | | | | | | | | | | | | |
| PAS | 6 | | | | | | | | | | | | |

DEFENDANTS 7

## DISPOSITION

DISCHARGE CONDITION
- ☐ Unchanged
- ☐ Improved

Date & Time Released:

Diagnosis: (R) [illegible]

DISPOSITION
- ☐ Rx & D/C
- ☐ Admit to
- ☐ Transfer to
- ☐ Left prior to D/C Instructions
- ☐ AMA

Attending Note: I have examined the patient and agree with the findings and treatment plan of Dr. [illegible]

Time 330 AM PM

[illegible handwriting]

Resident MD (Print / Sign) MD # / Time

1

2

3

ST. LUKE'S ... [stamp, illegible]

Attending MD (Print / Sign) MD # / Time ROI ☐ YES ☐ NO

## INSTRUCTIONS & MEDICATIONS

Instructions: Bring this paper with you to your next doctor/clinic visit. Your doctor should go over all your medicines with you at that time.

Follow up with primary doctor or ER if worse headache, nausea, [illegible] ... Tylenol for pain

Rx

INSTRUCTIONS UNDERSTOOD: PATIENT SIGNATURE Omar [illegible]

D/C INSTRUCTIONS GIVEN: SIGNATURE

☐ INSTRUCTION SHEET GIVEN TO PATIENT

Follow-up Appt given/for 1) Date Time

2) Date Time

3) Date Time

DEFENDANTS 8

ORDERS

☐ EKG:

☐ PT (INR)/PTT:
☐ AST/ALT:
☐ T/D Bili:
☐ Alk Phos:
☐ Albumin:
☐ UA:
☐ ABG/VBG:

☐ BHCG
☐ Rh:
☐ Amylase/Lipase
☐ CK/CKMB:
☐ Troponin:
☐ Other:

RADIOLOGY:

| MD Sign | Date / Time | | DOCTOR'S ORDER (check allergies) | Date / Time | RN Sign |
|---|---|---|---|---|---|
| [signature] | 8/13 | 11 | 1 g tylenol PO pls. | 8/13/15 | [signature] |
| | 8/13 | 11 | 0.5 mg tetanus IM pls. | 8/13/15 | [signature] |

| TIME | NURSE'S NOTES |
|---|---|
| 15[illegible] | 34 ♂ [illegible] c/o [illegible] wrist abrasion pain, R knee pain [illegible] x2 [illegible] no swelling. Breathing unlabored. Cont to monitor [signature] |
| 15[illegible] | Pt TLR by MD [signature] |

| TIME | IV SITE | IV SOLUTION | RATE | AMT INFUSED | RN INT. | P.O. INTAKE | URINE OUTPUT |
|---|---|---|---|---|---|---|---|

DEFENDANTS 9

| REVIEW OF SYSTEMS | | REVIEW OF SYSTEMS | | REVIEW OF SYSTEMS | |
|---|---|---|---|---|---|
| CONST: | Fever / Weight Loss / Neg | GI: | Vomiting / Diarrhea / BRBPR / Neg | DERM: | Rash / Pruritis / Bruising / Neg |
| VISUAL: | Cataracts / Glaucoma / Neg | ENDO: | Diabetes / Thyroid Dysfun / Neg | NEURO: | Memory Loss / HA / SZ / Neg |
| CARD: | CP / DOE / PND / Neg | GU: | Dysuria / Frequency / Hematuria / Neg | HEME: | Epistaxis / Bruising / Neg |
| PULM: | SOB / Cough / Sputum / Neg | MSKL: | Arthritis / Back Pain / Neg | PSYCH: | Depression / SI / HI / Neg |

☐ System Review Otherwise unremarkable ☐ Pt Unable to provide History

Cardiac RF: ☐ HTN ☐ DM ☐ Chol ☐ TOB ☐ FmHx

TIME: PHYSICIAN'S NOTES

[handwritten notes, largely illegible] 20 y/o ... VSS ... A/P ...

HISTORY FROM: ☑ No Other Source Available ☐ Interpreter Required ☐ Family ☐ Friend/Police ☐ Paramedics ☐ Other:

GEN: ☑ Alert ☐ WDWN ☐ NAD ☐ No pallor ☐ VS Reviewed

EYES: ☑ EOMI ☐ PERRL ☐ Conj/Lids WNL
20/20 (R) 20/25 (L)

ENT: ☑ O-P WNL ☐ TM'S WNL ☐ No septal hematoma

CV: ☑ RRR ☐ No murmurs gallops/rubs ☐ No JVD Present

RESP: ☑ CTA ☐ No wheezes/rhonchi/rales ☐ No retractions

GI: ☑ Non-tender ☐ Non-distended ☐ No Masses ☐ BS WNL ☐ No organomegaly ☐ Rectal: Heme neg ☐ Heme Control

GU: Scrotum: ☐ No masses ☐ Non-tender ☐ No penile DC

PELVIC: ☐ EXT GEN WNL ☐ Vagina WNL ☐ Adnexa WNL ☐ No CMT

MSKL: HEAD ☐ No evidence of trauma/facial trauma
NECK: ☐ No Meningismus ☐ Non-tender midline
BACK: ☐ No CVAT ☐ Non-tender
EXT: ☐ No C/C/E ☐ Radial/Pedal pulses WNL
☐ Full ROM

SKIN: Y ☐ N ☐ Rash; Y ☐ N ☐ Bruising; Y ☑ N ☐ Abrasions; Y ☑ N ☐ Lacerations

NEURO: ☑ Oriented x 3 ☑ Cranial Nerves II - XII intact ☑ Motor WNL ☑ Sensory WNL ☐ Gait WNL ☑ DTR WNL

PSYCH: ☐ Mood/Affect WNL ☐

☐ Full medication reconciliation performed (see Misys)

☐ Focused medication reconciliation performed (see Misys)

Consult ________ Contacted at ________ AM PM

Responsibility Transferred ________ Time:

DEFENDANTS 10

# UNIFORM SENTENCE & COMMITMENT

UCS-854(9/2010)

STATE OF NEW YORK
SUPREME COURT, COUNTY OF NEW YORK
PRESENT: HON. C. Mullen

Court Part: 84
Court Reporter: D. Candela
Superior Ct. Case #: 4090-2011

The People of the State of New York
-vs-
Omar Minus
Defendant

12R0135

| SEX | D.O.B. | NYSID NUMBER | CRIMINAL JUSTICE TRACKING NUMBER |
|---|---|---|---|
| Male | 03/20/76 | 6821546J | |

| | Accusatory Instrument Charge(s): | Law/Section & Subdivision: |
|---|---|---|
| 1 | CPCS 3rd Degree | PL 220.16(1) |
| 2 | | |
| 3 | | |
| 4 | | |

Date(s) of Offense: 08 / 13 / 2011
To / /

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ☐ PLEA OR ☒ VERDICT], THE MOST SERIOUS OFFENSE BEING A [☒ FELONY OR ☐ MISDEMEANOR OR ☐ VIOLATION], IS HEREBY SENTENCED TO:

| | Crime | Count No. | Law § and Subdivision | SMF, Hate or Terror | Minimum Term | Maximum Term | ☐ Definite (select: D, M or Y) ☒ Determinate (in years)** | Post-Release Supervision |
|---|---|---|---|---|---|---|---|---|
| 1 | CPCS 3rd Degree | 1 | PL 220.16(1) | | years | years | 3 year(s) | 3 years |
| 2 | | | | | years | years | | years |
| 3 | | | | | years | years | | years |
| 4 | | | | | years | years | | years |
| 5 | | | | | years | years | | years |

**NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

☐ Counts ______ shall run CONCURRENTLY with each other ☐ Count(s) ______ shall run CONSECUTIVELY to count(s) ______

☐ Sentence imposed herein shall run CONCURRENTLY with ______, and/or CONSECUTIVELY to ______

☐ A ______ period of [☐ PROBATION OR ☐ CONDITIONAL DISCHARGE] with an Ignition Interlock Device condition to run CONSECUTIVELY to any term of imprisonment imposed herein and to commence upon the defendant's release from imprisonment [PL § 60.21]

☒ Conviction includes: WEAPON TYPE: ______ and /or DRUG TYPE: Cocaine

☐ Charged as a JUVENILE OFFENDER - age at time crime committed: ______ years

☐ Adjudicated a YOUTHFUL OFFENDER [CPL §720.20]

☐ Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]

☐ Re-sentence as a PROBATION VIOLATOR [CPL § 410.70]

☐ Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]

☐ CASAT ordered [PL § 60.04(6)]

☐ SHOCK INCARCERATION ordered [PL § 60.04(7)]

As. a : ☐ Second ☐ Second Violent ☒ Second Drug ☐ Second Drug w/prior VFO ☐ Predicate Sex Offender ☐ Predicate Sex Offender w/prior VFO ☐ Second Child Sexual Assault ☐ Persistent ☐ Persistent Violent FELONY OFFENDER

| Paid | Not Paid | Deferred - court must file written order [CPL § 420.40(5)] | | |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | Mandatory Surcharge | $ 300 |
| ☐ | ☐ | ☐ | Fine | $ |
| ☐ | ☒ | ☐ | DNA Fee | $ 50 |
| ☐ | ☐ | ☐ | DWI/Other: ______ | $ |

| Paid | Not Paid | Deferred - court must file written order [CPL § 420.40(5)] | | |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | Crime Victim Assistance Fee | $ 25 |
| ☐ | ☐ | ☐ | Restitution | $ |
| ☐ | ☐ | ☐ | Sex Offender Registration Fee | $ |
| ☐ | ☐ | ☐ | Supplemental Sex Off. Victim Fee | $ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

☒ NYS Department of Correctional Services (NYSDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of NYSDOCS (the County Sheriff) (New York City Dept. Of Correction) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

☐ NYSDOCS until released in accordance with the law, and being a person sixteen (16) years or older and is presently in the custody of NYSDOCS, said defendant shall remain in the custody of the NYSDOCS.

☐ NYS Office of Children and Family Services in accordance with the law being a person less than sixteen (16) years of age at the time the crime was committed.

☐ ______, County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.

REMARKS Defendant to be allowed to participate in any programs for which he is eligible.

Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated:

______ Official Name

______ Shield No.

Pre-Sentence Investigation Report Attached: ☒ YES ☐ NO

Order of Protection Issued: ☐ YES ☒ NO

Order of Protection Attached: ☐ YES ☒ NO

☐ Amended Commitment:

Original Sentence Date ___/___/___

_ / 04 / 2012
Date

Norman Goodman
Clerk of the Court

by A. Grajales
Signature

Associate Court Clerk
Title

01/13/12 SRCL009 RECEPTION/CLASSIFICATION SYSTEM *RCLASS* PAGE 001
14:14:08 LEGAL DATE COMPUTATION COMP DATE: 01/13/2012
BY: C610DAS

TYPE 20 (BASIC DETERMINATE )

DIN: 12R0135 NAME: MINUS, OMAR NYSID: 06821546J

CURRENT LOCATION: ULSTER REC - 0A-01-27B

| | | |
|---|---|---|
| | MAXIMUM TERM | 003 00 00 |
| + | DATE RECEIVED | + 2012 01 13 |
| | INTERIM | 2015 01 12 |
| - | JAIL TIME | - 00 05 03 |
| | MAXIMUM EXPIRATION DATE | 2014 08 09 |
| - | GOOD TIME POSSIBLE | - 000 05 06 |
| | CONDITIONAL RELEASE DATE | 2014 03 03 |
| - | MERIT TIME POSSIBLE | - 00 05 06 |
| | MERIT ELIGIBILITY DATE | 2013 09 27 |

T.A.C. DATE/TYPE 2013 11 INIT

PAROLE HEARING DATE/TYPE 2013 07 MERT

PRS 03 00 00

REMARKS:

DIST: IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)

THE CITY OF NEW YORK DEPARTMENT OF CORRECTION

12-JAN-12 16:43:19 JAIL TIME CERTIFICATION PAGE 1

NYSID: 06821546J Docket #: 2011NY059720 Indictment #:

Name: MINUS, OMAR 12R0135

Controlling City Sentence Time:?0000

| | | |
|---|---|---|
| | Calculated Jail Time | : 0153 |
| + | Additional Jail Time | : 0000 |
| - | Excess Jail Time | : 0000 |
| | | ---- |
| | Total Jail Time | : 0153 |

RECEIVED
JAN 13 2012
ULSTER C.F.

All Department of Correction procedures were followed in preparing the certification.

Jail Time Certified by [signature] Facility: ARDC

| BK&CS | Associated Docket | Indictment | Arrest Date | Discharge Date | Code | Last Hous | Start Sent Date | City Sent # | # Days |
|---|---|---|---|---|---|---|---|---|---|
| 3491113348 | 2011NY059720 | 04090/2011 | 13-AUG-11 | | | ARDC | | | 0153 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 9464

DOC # 2

OMAR MINUS

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

EDWARD HOWARD, ANOTHONY BOMBOLINO, JASON MILLER, NAHAL BATMANGHELIDJ, ROBERT BRIERE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
DEC 28 2012
PRO SE OFFICE

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

Name OMAR MINUS
ID # 12-R-0135
Current Institution RIVERVIEW CORRECTIONAL FACILITY
Address P.O. BOX 247, OGEDNSBURG, N.Y. 13669
Dorm D2/Bed 21

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1. EDWARD HOWARD, DETECTIVE shield # 3695, NEW YORK CITY POLICE DEPARTMENT
2. ANOTHONY BOMBOLINO, DETECTIVE shield # 1314, NEW YORK CITY POLICE DEPARTMENT
3. JASON MILLER, DETECTIVE shield # 2120, NEW YORK CITY POLICE DEPARTMENT
4. NAHAL BATMANGHELIDJ, NEW YORK COUNTY DISTRICT ATTORNEY
5. ROBERT BRIERE, ATTORNEY I.D. # RB6080, 110 Wall Street Floor 11

Defendant No. 1 Name EDWARD HOWARD Shield # 3695

Where Currently Employed NEW YORK CITY POLICE DEPARTMENT

Address ONE POLICE PLAZA, NEW YORK, N.Y. 10013

Defendant No. 2 Name ANOTHONY BOMBOLINO Shield # 1314

Where Currently Employed NEW YORK CITY POLICE DEPARTMENT

Address ONE POLICE PLAZA, NEW YORK, N.Y. 10013

Defendant No. 3 Name JASON MILLER Shield # 2120

Where Currently Employed NEW YORK CITY POLICE DEPARTMENT

Address ONE POLICE PLAZA, NEW YORK, N.Y. 10013

Defendant No. 4 Name NAHAL BATMANGHELIDJ Shield #

Where Currently Employed NEW YORK COUNTY DISTRICT ATTORNEY

Address ONE HOGAN PLACE, NEW YORK, N.Y. 10013

Defendant No. 5 Name ROBERT BRIERE Shield # RB6080

Where Currently Employed ATTORNEY 18-b

Address 110 Wall Steet, Floor 11, NEW YORK, N.Y. 10005

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? No institution, during the due process of law, in the county of NEW YORK.

B. Where in the institution did the events giving rise to your claim(s) occur? NO institution I am giving rise to my claim. These events occurred on the street of my arrest.

C. What date and approximate time did the events giving rise to your claim(s) occur? MY ARREST DATE 13th day of August, 2011; 7:00 a.m., at NEW YORK COUNTY, Sullivan Street and Washington Square South.

D. Facts: Upon the events of my arrest and due process of law, DET. JASON MILLER violated my search and seizure rights by issuing an arrest of I, OMAR MINUS for an drug transaction with the lack of tangible property. Then DET. EDWARD HOWARD applied unreasonable and excessive force when issuing an arrest, the detective applied an choke hold to retrieve two(2) bags of crack-cocaine that was in the mouth of the Plaintiff, in which caused I, OMAR MINUS to visit Bellivue Hospital to recieve treatment of an choke hold with an neck and throat, eye exam. The prisoner treatment form is inconsistance with the Bellivue Hospital medical records. DET. ANOTHONY BOMBOLINO sweared falsely during his Grand Jury, Pre-trial Hearings and Jury Trial by testifying that he was the one who recovered the two(2) bags of crack-cocaine from the ground and that he found five hundred and forty nine dollars($549.00) in in the pants pocket of the said Plaintiff are inconsistance with his Pre-trial and Jury trial potential testimony, in which he testifies not recalling the amount of drugs or U.S. Currency recovered from the said Plaintiff. DET. EDWARD HOWARD'S testimony is also inconsistant with his Grand Jury, Pre-trial Hearings and Jury Trial potential testimony, in which testifies he told the A.D.A. MS. NAHAL BATMANGHELIDJ during the case peperation, he recover one(1) twist bag of crack-cocaine and DET. BOMBOLINO recovered the other one(1) twist bag of crack-cocaine. During the Pre-trial Hearings the A.D.A. MS. NAHAL BATMANGHELIDJ admitted to prosecution misconduct in which she was aware of the falsely swearing during the Grand Jury Proceeding. The A.D.A. MS. BATMANGHELIDJ apologized for her Prosecutor Misconduct.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. During the emergency visit to Bellivue Hospital, I OMAR MINUS received treatment for an choke hold applied by DET. EDWARD HOWARD. The treatment was neck, throat and eye exam for blurred vision from the choke hold, cleaning of scrapped knees, elbows and face, finally an tetanus shot in the arm.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

I, did not exhaust none of the remedies available, cause these event happened on the scene of my arrest, on the street.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? ____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? ____

2. What was the result, if any? ____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: YES.

The reason why I, OMAR MINUS did not file my grievance is, the events occurred on the street and the court of NEW YORK county.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Since I OMAR MINUS is confined for three(3) years for an conviction with the lack of evidence, in which the Court and Jury had too speculate an conviction. I want the Court to issue each defendant in this said action the compensation of one hundred thousand dollars($100,000) from each defendant. For the I lost family tighs, and the blurred vision I received from the said choke hold.

se
ims

**VI. Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____________________

Defendants ____________________

2. Court (if federal court, name the district; if state court, name the county) ____________________

3. Docket or Index number ____________________

4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ____________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________________

er
ms

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____________________

Defendants ____________________

2. Court (if federal court, name the district; if state court, name the county) ____________________

3. Docket or Index number ____________________

4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ____________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of JANUARY, 2013.

Signature of Plaintiff [signature]

Inmate Number 12-R-0135

Institution Address RIVERVIEW CORRECTIONAL FACILITY
P.O. BOX 247,
OGDENSBURG, N.Y. 13669

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 2nd day of JANUARY, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# PRISONER AUTHORIZATION

Case Name: OMAR MINUS v. EDWARD HOWARD, ANOTHONY BOMBOLINO, JASON MILLER, NAHAL BATMANGHELIDJ, ROBERT BRIERE

*(Enter the full name of the plaintiff(s))* *(Enter the full name of the defendant(s))*

Docket No: No. _____ Civ. _______ ( )

*(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, OMAR MINUS *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.

2nd of JANUARY, 2013
*Date signed*

Omar Minus
*Signature of Plaintiff*

12-R-0134
*Prisoner I.D. Number*

RIVERVIEW CORRECTIONAL FACILITY
*Name of current facility*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/5/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR MINUS,

Plaintiff,

-against-

EDWARD HOWARD, ANTHONY BOMBOLINO, and JASON MILLER,

Defendants.

No. 12 Civ. 9464 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's motion, styled as a motion to appeal on the original record. (Doc. 70.) On April 15, 2016, Plaintiff filed a Notice of Appeal, (Doc. 68), seeking relief from my grant of Defendants' motion for summary judgment, (Doc. 66). Docket entries subsequent to Plaintiff's filing his notice of appeal indicate that Plaintiff was granted in forma pauperis status to proceed with his appeal; that the Notice of Appeal with certified docket sheet were transmitted to the US. Court of Appeals; and that the "appeal record" was sent to the U.S. Court of Appeals. According to the Mandate issued by the Court of Appeals for the Second Circuit on December 30, 2015, (Doc. 69), Plaintiff failed to file a scheduling notification letter or a transcript status update letter as required by the Local Rules. Pursuant to the Mandate, the appeal was dismissed effective October 26, 2015 when Plaintiff failed to file a brief and appendix by that date. (*Id.*)

Plaintiff appears to request leave to proceed with his appeal on the "original record": Plaintiff "seek[s] relief by the court to allow the Appellant to APPEAL ON ORINGINAL [sic] RECORD AND ORDER THE DISTRICT CLERK TO FORWARD ALL ORIGNINAL [sic] PAPERS AND EXHIBITS TO THE CIRCUIT CLERK . . . ." (Doc. 70.) However, I do not

have the authority to grant the relief requested by Plaintiff.  To the extent Plaintiff may be entitled to relief Plaintiff's request seems to be more properly made to the Second Circuit, in accord with the Federal Rules of Appellate Procedure and Local Rules and Internal Operating Procedures of the Second Circuit.  *See* Fed. R. App. P. 11, ("Forwarding the Record"); Fed. R. App. P. 26 ("Computing and Extending Time").  Therefore, Plaintiff's motion is DENIED.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and terminate the open motion at Docket Entry 70.

SO ORDERED.

Dated:     October 5, 2016
           New York, New York

Vernon S. Broderick
United States District Judge

INMATE
STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
AND COMMNUNITY SUPERVISION
MINUS, OMAR
15R2360
BRN
03/20/72
5'11"
207
BLK
MALE
05/17/17
6T

NEW YORK CITY POLICE DEPARTMENT

*Mugshot Pedigree*

NAME: MINUS OMAR

NYSID#: 06821546J
Arrest #: M11671407
Arrest Date#: 08-13-2011
Top Charge: PL 2203901: CSCS-3RD:NARCOTIC DRUG
Date of Birth: 03-20-1976
Age at Offense: 35
Social Security #: 53606976
PCT of Arrest: 006 PRECINCT
Source: LIVE

PHYSICAL DESCRIPTION

Race: BLACK
SEX: MALE
Height: 600
Weight: 220
Hair Length: BALD
HAIR COLOR: UNKNOWN
Hair Type: NO HAIR(CLEANSHAVEN)
Complexion: CLEAR
Eye Color: BLACK

Scars, Marks Tattoos:
Desc:
Location:
Bodyside:

Alias 1: O
Alias 2:
Alias 3:
Alias 4:





# PRISONER MOVEMENT SLIP

## *Arresting Officer*

A.O Name: MILLER

Arrest PCT: 6TH PRECINCT    Possible DAT?: ☐ YES ☐ NO

CELL #: ☐    Fax #: ☐

M11671407N

Date/Time: 08/13/2011 07:10:00

Defendant:

**MINUS, OMAR J**

Sex: MALE    Race: BLACK    DOB: 03/20/1976    Age: 35

Major Charges:

- PL 2201601: CPCS-3RD:NARC DRUG INT/SELL
- PL 2203901: CSCS-3RD:NARCOTIC DRUG
- PL 2154001: TAMP W/PHYS EV:PROD FALSE EVID

Co-Defendants: ☐ YES ☐ NO

## *Criminal Justice Agency*

Warrant name check by (intl): ☐    Warrant: ☐ YES ☐ NO    Warr/Dckt #: ☐

CJA Interview Required?: ☐ YES ☐ NO    CJA Interview Time: :

## *Booking Supervisor*

DAT Issued?: ☐ YES ☐ NO    DAT Serial #: ☐

Arresting Officer excused?: ☐ YES ☐ NO    Return Date: ☐

Prints Needed: ☐ YES ☐ NO    Printed?: ☐ YES ☐ NO ☐ REFUSED

Searched: ☐

## *Detention Alert*

Prisoner has attempted escape: ☐ YES ☐ NO

Prisoner has attempted suicide?: ☐ YES ☐ NO

Prisoner has assaulted member of the service?: ☐ YES ☐ NO

Others (EXPLAIN): ☐

# Repository Inquiry

**To: MCDONALDME For: Megan McDonald Case No: M11671407 - NYSID No: 06821546J - DAI**

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

Identification Summary Criminal History Job/License Wanted Missing NCIC/III

## Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**Customized Rap:** The data segments which you selected may not reflect the full information that DCJS has on file. You did not select the categories of Civil, Wanted, and Missing person information.

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

Violent Felony offense(s) on file

## Identification Information

**Name:**
OMAR J MINUS

**Date of Birth:**
Mar 20, 1972 Mar 20, 1976

**Place of Birth:**
New York Unknown USA

Cycle 7
Arrest Date October 16, 2004

**Address:**
2851 BRIGGS AVE, BRONX, NY
1564 WHITE PLAINS, BRONX, NY
3333 WICKHAM AVENUE
869 E 219TH BX, NY, NY
869 E 219TH ST, BRONX, NY
869 E 29 ST, NEW YORK, NY

Fingerprint response on 08/13/2011 11:56 am for transaction 14133182

Name:
OMAR J MINUS

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | Black | Hispanic | Dark/Medium |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 5' 08" | 210 |

| SSN: | Place of Birth: | |
|---|---|---|
| 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 | New York | Unknown USA |

Cycle 7
Arrest Date October 16, 2004

**Latest Arrests (Max 10):**

| Arrest Date | Name | Date of Birth | Address |
|---|---|---|---|
| 10/16/2004 | OMAR J MINUS | 03/20/1972 | 3333 WICKHAM AVENUE |
| 11/19/2002 | OMAR J MINUS | 03/20/1972 | 2851 BRIGGS AVE, BRONX, NY |
| 03/26/2001 | OMAR J MINUS | 03/20/1972 | 2851 BRIGGS AVE, BRONX, NY |
| 08/31/1999 | OMAR J MINUS | 03/20/1972 | 2851 BRIGGS AVE, BRONX, NY |
| 07/25/1996 | OMAR J MINUS | 03/20/1972 | 869 E 29 ST, NEW YORK, NY |
| 04/17/1992 | OMAR J MINUS | 03/20/1972 | 869 E 219TH BX, NY, NY |
| 04/15/1991 | OMAR J MINUS | 03/20/1972 | 869 E 219TH ST, BRONX, NY |

# *Fingerprint Response*

*ORI: NY03030G6*
*NYCPD PCT 006*
*NYSID : 6821546J*

Identification Summary Criminal History Job/License Wanted Missing NCIC/III

## Transaction Data

Name: OMAR J MINUS
Transaction ID: 14133182
Agency ORI: NY03030G6
Type of Submission: **ARREST**
Date Fingerprinted: August 08, 2011
Reason Fingerprinted: Adult Arrest

**Arrest/Charge Information**

Arrest Date: August 13, 2011 07:10 am (07:10:00)

| | |
|---|---|
| Name: | OMAR J MINUS |
| Date of Birth: | March 20, 1976 |
| Sex: | Male |
| Race: | Black |

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK -against- 1. Omar Minus (M 35) ECAB # 1255686 Defendant. | FELONY ADA WHELAN 212-335-9322 |
|---|---|

Detective Jason Miller, shield 02120 of the Narcotics Boro Manhattan South, states as follows:

At the times and places described below in the County and State of New York, the defendant committed the offenses of:

1. PL220.16(1) Criminal Possession Controlled Substance in the Third Degree (1 count)
2. PL220.03 Criminal Possession of a Controlled Substance in the Seventh Degree (1 count)
3. PL205.30 Resisting Arrest (1 count)

the defendant knowingly and unlawfully possessed a narcotic drug with intent to sell it; the defendant knowingly and unlawfully possessed a controlled substance; and the defendant intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person.

The offenses were committed under the following circumstances:

Deponent states that on August 13, 2011 at approximately 7:03 a.m., on the corner of West 4th Street and 6th Avenue, deponent observed defendant hand separately charged defendant Price Cofield (M11671404) a small object and observed Price Cofield hand defendant a sum of United States Currency in exchange for said small object. Deponent further states that when deponent and other police officers approached separately charged defendanton the corner of MacDougall and West 4th Street , separately charged defendant placed said small object into his mouth.

Deponent further states that deponent is informed by Detective Anthony Bombolino, shield #1314 of the Narcotics Boro Manhattan South, that informant observed defendant on the corner of Thompson Street and Washington Square South with

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK
-against-

1. Omar Minus (M 35)

ECAB # 1255686

Defendant.

FELONY
ADA WHELAN
212-335-9322

several bags of what appeared to be crack/cocaine in defendant's hands. Deponent is further informed that when informant and Detective Edward Howard, shield #3695 of the Narcotics Boro Manhattan South, approached defendant, defendant placed said items into his mouth, pushed Detective Edwards, and flailed his arms. Deponent is further informed that informant observed two (2) bags of crack/cocaine fall from defendant's mouth and that informant recovered said bags of crack/cocaine from the ground.

Deponent further states that the above-described substances are in fact what they are alleged to be based upon information and belief, the source of which is as follows: his professional training as a police officer in the identification of drugs, his prior experience as a police officer in drug arrests, observation of the packaging which is characteristic of this type of drug and a field test of substance which confirmed that the substances are in fact what they are alleged to be.

**False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.**

Det [signature]
Deponent

08/13/11 1832 hrs
Date and Time

ACT 5 Version 4.5.5 Created on 08/13/11 6:15 PM

NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CONTROLLED SUBSTANCE ANALYSIS SECTION

LABORATORY # 2011-094172
COMPLAINT #
VOUCHER # 1000059320

## CONTROLLED SUBSTANCE ANALYSIS WORKSHEET

DATE ASSIGNED: 8/16/11 | BALANCE #: 57 | WT SERIAL #: 2RMU ☑ VERIFIED | DUQUENOIS/LEVINE: ☐ VERIFIED; MARIHUANA STD. BATCH #:

REAGENT VERIFIED: ☑ BN/DS; COCAINE/HEROIN STD. BATCH #: C-11-03 | $Co(SCN)_2$ VERIFIED: ☑ BU↓; COCAINE STD. BATCH #: C-11-03 | MARQUIS VERIFIED: ☑; HEROIN STD. BATCH #: H-11-03

SECURITY ENVELOPE #: 1200314601 | SIGNED: ☑ YES ☐ NO; SEALED: ☑ YES ☐ NO | NARCOTIC ENVELOPE #: 5209784 | SIGNED: ☑ YES ☐ NO; SEALED: ☑ YES ☐ NO

Date analysis began: 8/16/11

Item #1: (1) clear plastic ziplock bag marked "FTP" on both sides of the bag in black ink c̄ (1) clear plastic twist bag c̄ solid material (FTP)

GW(1) bag = 0.130 g
TW (1) bag = 0.057 g
NW (1) bag = 0.073 g
GWR(1) bag = 0.618 g (packaged in (1) glassine env. w/ tape)

Item #2: (1) clear plastic twist bag c̄ solid material

GW(1) bag = 0.211 g
TW (1) bag = 0.101 g
NW(1) bag = 0.110 g
GWR(1) bag = 0.646 g (packaged in (1) glassine env. w/ tape)

Item #1 + Item #2 = 0.073g + 0.110g = 0.183g / 28.349g/oz = 0.0064 oz

Date analysis complete: 8/17/11
DCJS Statistics
Items Submitted: 2
Items Analyzed: 2

| LABORATORY ITEM # | COLOR TESTS: $Co(SCN)_2$ & $SnCl_2$ | MARQUIS | DUQUENOIS /LEVINE | MICROSCOPIC EXAMINATION: CYS | GLN | TRI | NCH | ANALYSIS PERFORMED: FTIR | GC/MS | GC/FIDMS | LC/DADMS | POL | TLC | OPINION /INTERPRETATION /CONCLUSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | BU↓RM | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | Cocaine |
| #2 | BU↓RM | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | Cocaine |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

CRIM II — RANK/TITLE
Jamie Rounds — NAME
[signature] — SIGNATURE/INITIAL

TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

A. FIELD TEST RESULTS: ☒ Positive ☐ Negative | B.Voucher No. 1000059320

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | MINUS | OMAR | 08/13/2011 | 03/20/1976 |
| (2) | N/A | | | |
| (3) | N/A | | | |
| (4) | N/A | | | |
| (5) | N/A | | | |
| (6) | N/A | | | |

D. Were there any other narcotics seized or purchased that are associated with this voucher number? If yes, list all companion narcotics voucher numbers or write N/A if there are none.

N/A

2 A. Testing Officers Name Printed (if Undercover - List Shield Number In Lieu of Name) | B. Command | C. Tax No. | D. Officer performing test has conducted 20 or more field tests.

| Last Name | First Name | Command | Tax No. | 20+ field tests |
|---|---|---|---|---|
| MILLER | JASON | NBMS | 931829 | YES |

E. Arresting Officers Last Name (Print) | First Name | Command | Tax No.

☒ Check Here If Same As Testing Officer

3 Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No

4 Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No

5 A. Drug Type/Field Test

☐ Heroin/Meckes Reagent

☒ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenois - Levine Reagent

B. Quantity Vouchered and Type of Container: (Number and Description)

2- TWISTS CRACK

C. Date Field Test Conducted

08/13/2011

D. Estimated total weight of narcotics vouchered greater than 1/8 oz. ☐ Yes ☒ No

6 A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant: ☐ Yes ☒ No

7 CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: [signature] Date 08/13/2011
(If Undercover - Personally Sign Shield Number In Lieu Of Name)

8 Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

| Rank | Name (printed) | Signature | Tax # | Command |
|---|---|---|---|---|
| SGT | KEARNS,TIMOTHY | [signature] | 906542 | NBMS |

Dist: 1. White District Attorney's Office 2. Blue District Attorney's Office 3. Pink Police Laboratory With Vouchered Drugs 4. Buff = Member's Copy 5. Green Command Copy

[illegible] presenting evidence in the case of People v. Omar Minus

You will be hearing testimony from several witnesses:

- Det Jason Miller
- Det Anthony Bombolino
- Det Edward Howard ?

At the close of the presentation of the evidence, I will be asking you to consider ~~2~~ 1 charge~~s~~

1) Criminal Possession of a Controlled Substance in the 3rd Degree (PL 220.16(1))

    a. Under the theory that the defendant knowingly and unlawfully possessed cocaine with the intent to sell that cocaine.

\\ Thompson //

DET MILLER

→ NY County

1) name, shield command
2) August 13, 2011, at approximately 7:03am, on the corner of West 4th St and 6th Ave?
3) Did you arrest anyone at that time date and location?
4) Who?
5) Briefly describe circumstances?
6) What happened when you stopped Price Cofield?
   a. What happened to drugs he swallowed?
7) Did you see D again?
   a. Where, with who? → D Thompson + Washington Sq. South?
8) Did you voucher anything in connection with this case?
   a. 1000059320 – 2 twists of crack/cocaine
      i. Where did you get those?
   b. 1000059334 - $529
      i. Where did you get that?

* Experience + Sale —

DET. BOMBOLINO

Thompson + Warrington Sgt Scutt

1) name, shield command
2) August 13, 2011, at approximately 7:03am, on the corner of West 4th St and 6th Ave?
3) Were you involved in the arrest of anyone at that time date and location?
4) Who?
5) What was your involvement?
6) What happened when you attempted to stop Omar Minus?
7) What happened to the items D spit out?
8) What did they appear to be?
9) What did you do with them?
10) Did you recover anything else?
11) What did you do with it?
12) During your time as a police officer, have you had training in the sale of narcotics?
13) Have you been involved in arrests involving the sale of narcotics?
14) Involving cocaine?
15) Based upon your training and experience, and the circumstances of this arrest, was the amount of cocaine that you recovered from the ground where the defendant spit it out consistent with sale or personal use?
    a. Why is that?

→ drugs on Ground

LAB

Bring out interaction w/ SCD

Bring out $ on D person

Bombolino

N/S/C

Recovered drugs

Recovered $

Where

[illegible].16(1) - Criminal Poss. of a Controlled Subst. - 3rd (B felony)

Knowingly 15.05(2)

Unlawfully 220.00(2)

Public Health Law Article 33

Possess 10.00(8)

Narcotic 220.00(7)

Schedule I(b), I(c), II(b), or II(c) other than methadone

Intentionally 15.05(1)

Sell 220.00(1)

[illegible] of other guy say no drugs - why

[illegible] is my record -

only reason is cops saw you sell

how about because [illegible]

cops saw a small object

did your lawyer eat them

why would the guy who got them eat them

have you ever testified in GJ before

do you understand the crime is poss w/ intent

cops lie - do people addicted to crack lie

do people lie to get a lesser charge

do people [illegible] instead of B sale

A misd

making $ selling crack - why not

[illegible]

his mental competence is not a G.J. issue

Bot To Get High w/ two [illegible]
As put in mouth

Bruises all over body.

# Criminal Court of the City of New York

New York County

Felony Complaint

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET 2011NY059720 |
|---|---|---|
| OMAR MINUS (M 35)<br>M11671407 08/13/2011 07:10<br>1564 WHITE PLAINS ROAD<br>BRONX NY | PL220.16(1)<br>PL220.03<br>PL205.30 | |

Interpreter: Language ____________

Screener: MCDONALD, MEGAN - TRLBURU80

**Notices Served at Arraignment:**

- ☑ CPL 190.50 - Grand Jury
- ☑ Cross Grand Jury
- ☐ Waive Cross Grand Jury
- ☐ CPL 710.30(1) (A) - Statement
- ☐ CPL 710.30(1) (B) - Identification
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property

☐ OTHER: ____________

**Adjournment:**

Part: F Date: 8/18

☐ CPL 180.80/30.30 Waived

**Bail Condition:**

____________ / $10K

(Ins. Co. Bail Bond) (Cash Bail) only

- ☐ Surety Exam - 48 hours/72 hours
- ☐ Temporary Order of Protection
- ☐ ART. 730 Exam Ordered
- ☐ Medical Attention
- ☐ Protective Custody
- ☐ Suicide Watch
- ☐ Psychiatric Evaluation

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| JASON MILLER | | | |

**Judge:** ____________

NEW YORK CITY
CRIMINAL JUSTICE AGENCY

INTERVIEW REPORT

| CJA LOG Page | Line # | Precinct | Arrest # |
|---|---|---|---|
| 10 | 03 | 6 | M11671407 |

Name: MINUS, OMAR
Age: 39
DoB: 1972-03-20
Sex: MALE
Hispanic? NO
Race: BLACK

Interview Date: 2011-08-13
Interview Time: 17:26:00
CJA Interviewer: N314
Interview Location: CB
Interview Language: ENGLISH

Name (on this arrest) from NYSID/Arrest Report: MINUS, OMAR J
NYSID: 06821546J
Arrest Date: 2011-08-13
Arrest Time: 07:10:00
Arrest Charges: 1. 220.16 2. 220.39 3. 215.40 4. 220.03

## RESIDENCE/FAMILY

Current Address: 1564 WHITE PLAINS RD, 1
c/o
City, State, Zip: BRONX, NY, 10462
Lives With: PARENTS;SIBLINGS
Contact: YVONNE MINUS
Relationship: PARENT
Phone #: 347-703-1553
Length at Current Address: Years 2 Months Weeks

Alternate Address:
City, State, Zip:
Contact:
Relationship:
Phone #:

Prior Address: DK WICKHAM AVENUE
City, State, Zip: BRONX, NY 99999
Contact: MRS MINUS
Relationship: SPOUSE
Phone #: NA
Length at Prior Address: Years 7 Months
Contact still Resides at Prior Address? NO
Expects Someone at Arraignment? NO
Name:
Relationship:

## EMPLOYMENT

Employed? FULL TIME
Job/Position: MAINTENANCE
Employer: ACTIVE TEMP AGENCY
Address: 41 W 33RD STREET
City, State, Zip: NEW YORK, NY
Length of Employment: Years: 2 Months:
Hours Worked/Week: 30
Avg. Net Pay: 150
Pay Period: WEEKLY
Length of Unemployment: Years: Months:
Other Employment Status:

Does Defendant Provide Support for Others? YES
If 'Yes' How Many? 1
Other Sources of Financial Support: WELFARE DEFENDANT

Highest Grade: 15
In School? NO
Name:
In Training Program? NO
Name:
In Treatment Program? NONE

## CRIMINAL RECORD

| First Arrest (Excluding Violations)? | Warrant Attached to NYSID? | Prior Warrant? | # of Prior Felony Convictions | # of Prior Misdemeanor Convictions | Open Cases |
|---|---|---|---|---|---|
| NO | NONE | YES | 3 | 3 | 0 |

Gray Shading = Information from Official Sources

LEGEND: NP = No Phone; DK = Doesn't Know; NA = Not Applicable; RA = Refuses to Answer; NC = Not Calculated; No Shading = Information from Defendant

Miscellaneous Comments

This report assesses the defendant's risk of flight by considering the following: community ties and warrant history as defined in sections 2(a)(1) and 2(a)(6) of CPL 510.30 and open cases. However, a positive assessment is withheld for defendants with outstanding bench warrants attached to their NYSID sheet at the arrest. This report does not consider other criteria listed in CPL 510.30 such as the defendant's mental condition, the weight of the evidence, or the possible sentence.

## DEFENDANT'S RESPONSE VERIFICATION

| # | Question | Response | Points |
|---|---|---|---|
| | | YES | |
| 1 | Has the defendant lived at his/her current address for 1.5 years or more? | YES | |
| 2 | Does the defendant live with parent, spouse, C/L spouse of 6 months. | YES | 1 |
| 3 | Does the defendant have a working telephone in residence/cell phone? | YES | 0 |
| 4 | Does the defendant report a NYC area address? | YES | 1 |
| 5 | Is the defendant employed, or in school or training program, full time? | NO | -1 |
| 6 | Does the defendant expect someone at arraignment? | NO | -5 |
| 7 | Does Prior Warrant equal Zero? | YES | 1 |

CJA RECOMMENDATION

NOT RECOMMENDED FOR ROR
HIGH RISK FOR FTA

LABORATORY REPORT

NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CONTROLLED SUBSTANCE ANALYSIS SECTION

LABORATORY #: 2011-094172
LABORATORY REPORT #: 1
COMPLAINT #:
VOUCHER #: 1000059320

VOUCHERED BY: DT3 RUDY LAHENS Tax#:927364 Command: 750
PCT. OF VOUCHER: HOUSING PSA 4
DEFENDANT(S): OMAR J MINUS AGE: 35

DATE SUBMITTED: 08/14/2011
DATE ASSIGNED: 08/16/2011
DATE PREPARED: 08/17/2011

Laboratory #: 2011-094172

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER: [X] YES [ ] NO (SEE REMARKS)

RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight/Volume |
|---|---|---|---|---|
| | 1 | Twist bag(s) cont. solid material | Cocaine | 0.073 g (aggregate wt.) |
| | 1 | Twist bag(s) cont. solid material | Cocaine | 0.110 g (aggregate wt.) |

SUMMARY OF ANALYSIS

| Substance Identified | Item # | Weight/Volume |
|---|---|---|
| Cocaine | 1, 2 | 0.183 g (aggregate wt.) (0.006 oz.) |

REMARKS

28.349 grams is equal to 1 ounce.

TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| | 1 | Color Test, GC/MS |
| | 2 | Color Test, GC/MS |

THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM II | Jamie Rounds | [signature] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| CIVIL/TITLE | NAME | SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimo[illegible] the attention of the Assistant District Attorney.

## THE COURT APPEARANCE:

1. Arrive early.
2. When testifying in uniform, make sure it is clean and pressed. If in civilian clothes, wear business attire (tie and jacket for men).
3. Bring your Activity Log and all reports to court, e.g. lab results, ballistics, in-tox test reports, Miranda Warning Activity Log insert.
4. Have all physical evidence on hand (obtained from Property Clerk).
5. Insure the presence of required witnesses.

## THE TESTIMONY:

1. Take the oath solemnly and seriously.
2. Speak clearly and loud enough to be heard by the judge and jury. Turn your body slightly to the jury when speaking.
3. Don't be arrogant when testifying—be professional.
4. Avoid the use of police "jargon."
5. Avoid technical language. If used, try to clarify it.
6. On cross examination, keep your answers brief and to the point. If you can answer by a simple "yes" or "no," do so.
7. On direct examination, be prepared to [illegible] form. When required to give [illegible] manner.
8. If you don't understand the question [illegible]
9. Use the term "approximately" [illegible] sions unless you are absolutely certain.
10. If you don't remember certain facts, ask the court's permission to refresh your recollection from your Activity Log.
11. If you don't know the answer—say so—don't concoct one.
12. Don't blurt out answers, think then answer (this also allows the A.D.A. time to object). When an objection to a question is made, wait for the judge's ruling ("sustained" or "overruled") before completing your answer. The ruling will tell you whether you are required to answer or not.
13. Don't be argumentative with defense counsel and certainly not with the judge. Don't try to match wits.
14. Examine the physical evidence to make certain of identification before testifying.
15. Refer to "the defendant" or "Mr." or "Ms." Jones, not "the perp."
16. Watch your body language. Keep your hand away from your mouth. Don't fidget. Don't rap your fingers on the witness box. Keep your feet still and planted on the floor. Don't cross your legs and appear casual.
17. Wait for the completed question before answering. Don't anticipate the question.
18. Unless asked, don't give opinions or volunteer information.
19. Avoid such phrases as "I think," "I guess," "I believe," etc. Be specific in your response.
20. Admit, if asked, that you discussed the case with the A.D.A, assisting officers, victims. This is normal and appropriate procedure in order to refresh your recollection. Answer that you have been instructed to tell the truth. "Discussing the case" is different from being "told what to say."
21. Do not read directly from your notes unless allowed to do so by the judge after you have indicated a need to refresh your recollection.
22. **TELL THE TRUTH—NO CASE IS WORTH PERJURY.**