UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OMAR MINUS,

                 Plaintiff,                          17 **CIVIL** 4827 (VSB)

        -against-                                 **JUDGMENT**

CITY OF NEW YORK and JASON MILLER,
                          Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 22, 2020, because Plaintiff has failed to set forth any facts showing that there is a genuine dispute for trial regarding his § 1983 malicious prosecution claim, the Court need not reach the questions of whether Miller is entitled to qualified immunity on this claim, or whether the City of New York is subject to municipal liability. Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        September 22, 2020

                                       **RUBY J. KRAJICK**

                                                  _____
                                                  **Clerk of Court**
        **BY:**      K. Mango
                                                  _____
                                                 **Deputy Clerk**